172 F.3d 859
 Albert A. Alexander, Alexander Agency, Inc., William J.
Hourigan, Jr., Broome-Hourigan, Inc., Gene F. Stern, Lester
G. Block, Thomas J. Fria, Kurmin Insurance Agency, Inc.,
Albert A. Alexander, Al Alexander Agency, Inc., Jay S. Horn,
Horn Insurance Services, Ltd., John Cecchittini, d/b/a John
Cecchettini Insurance Agency, JJSG Inc., t/a Holly Park
Insurance Agency, Jonathan Klein, Professional Insurance
Managers, Inc., Robert J. McVeith, d/b/a
 NO. 98-5026
 United States Court of Appeals,
Third Circuit.
 December 30, 1998
 Appeal From: D.N.J., 991 F.Supp. 427
 
 1
 Affirmed.